UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Cause No. 3:14-CR-45-RLM |
| | ) | |
| MARCUS NORTHERN, SR. | ) | |

O R D E R

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty on September 4, 2014. Accordingly, the court ADOPTS those findings and recommendations (Doc. No. 32), ACCEPTS defendant Marcus Northern, Sr.'s plea of guilty, and FINDS the defendant guilty of Count 1 of the Superseding Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED: September 22, 2014

                                                  /s/ Robert L. Miller, Jr.
                                                  Judge
                                                  United States District Court